IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

GRACE DONALDSON,               )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )        3:14cv686-MHT
                               )           (WO)
SHREE HARI, LLC, a             )
Domestic Limited Liability     )
Company, and SHRIJI            )
REALTY, LLC, a Domestic        )
Limited Liability Company,     )
                               )
     Defendants.               )

OPINION

Plaintiff Grace Donaldson filed this lawsuit under

the Americans with Disabilities Act, U.S.C. § 12181 et

seq., seeking injunctive relief to require defendants

Shree Hari, LLC, and Shriji Realty, LLC, to remove

barriers to equal access at their place of business.

This lawsuit is now before the court on the

recommendation of the United States Magistrate Judge

that Donaldson's motion to enforce the settlement

agreement should be granted.  There are no objections

to the recommendation.  After an independent and de

novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of July, 2015.

     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE