IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
GRACE DONALDSON,               )
                               )
    Plaintiff,                 )
                               )       CIVIL ACTION NO.
    v.                         )         3:14cv686-MHT
                               )             (WO)
SHREE HARI, LLC, a             )
Domestic Limited Liability     )
Company, and SHRIJI            )
REALTY, LLC, a Domestic        )
Limited Liability Company,     )
                               )
    Defendants.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 17) is adopted.

(2) Plaintiff Grace Donaldson's motion to enforce settlement agreement (doc no. 11) is granted.

(3) The parties shall be bound by the terms of the Full and Complete Release (doc. no. 11-1).

(4) Defendants Shree Hari, LLC, and Shriji Realty, LLC, are to do the following:

   a. They will relocate the existing designated accessible parking space to the front of the building and stripe off an 8-foot access-aisle adjacent to the curb ramp such that it begins at but does not impinge upon the curb-ramp flares. This relocated space shall measure 8-feet wide.

   b. They will install upright signage at the above referenced relocated accessible parking space displaying the International Symbol of Accessibility accompanied by a sign indication that the space is "van accessible".

   c. They will remediate the existing front entrance curb ramp to comply with the requirements under the Americans with Disabilities Act, U.S.C. § 12181 et seq., for curb-ramp slopes and flares.

   d. They will adjust the existing restroom door closer so that they require less than 5-foot pounds of pressure to open/close and allows minimum of 5 seconds

to close from an open position of 90 degrees to a position of 12 degrees.

   e. They will lower the existing grab bars in the restrooms such that they are no less than 33 inches above the finish floor and no more than 36 inches above the finish floor.

   f. They will lower the toilet paper dispensers so that there exists a minimum of 1 ½ inches of clearance for the grab bar above.

   g. They will insulate the plumbing beneath the lavatories.

   h. They will replace the existing knobs on the lavatories with levers or other operable parts such that said parts may be operated with one hand and do not require tight grasping, pinching, or twisting of the wrist.

   i. They will create an area of the cashier counter which is no greater than 36 inches above the finish floor and is 36 inches wide with a front-to-back depth equal to that of the existing countertop.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 22nd day of July, 2015.**

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**